IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLA DEMASI
Individually and on behalf of all others
similarly situated

CIVIL ACTION NO.

vs

1:20-cv-2002-CC

EMORY UNIVERSITY,

O R D E R

The undersigned hereby RECUSES himself from the above-styled action. The Clerk is directed to reassign this action to another judge in accordance with the Internal Operating Procedures of this Court.

SO ORDERED this   11th   day of   May   2020.

*s/ CLARENCE COOPER*
CLARENCE COOPER
UNITED STATES DISTRICT JUDGE