UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARC SCHULTZ, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>EMORY UNIVERSITY,<br><br>　　Defendant. | Case No. 1:20-cv-2002-TWT |

**CONSENT MOTION FOR ENTRY OF
AN AMENDED SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Plaintiff Marc Schultz, with the consent of Defendant Emory University ("Emory"), requests that the Court enter the attached amended order governing the schedule for this matter. In support of this motion, Plaintiff states the following:

1. After the Court's Order on Emory's motion to dismiss, Plaintiff filed his First Amended Complaint on February 19, 2021. Emory filed its Answer on March 29, 2021.

2. The Parties served initial disclosures on April 19, 2021. Plaintiff served interrogatories and requests for the production of documents on April 30, 2021. Emory served interrogatories and requests for the production of documents on

May 26, 2021, and served its responses and objections to Plaintiff's written discovery on June 15, 2021.

3. The Parties thereafter met and conferred on their respective written discovery and certain other matters, including discussing an initial proposed scheduling order.

4. On November 4, 2021, the Parties jointly moved for entry of a stipulated protective order and stipulated order governing the discovery of documents and electronically stored information, which were granted by the Court on November 8, 2021.

5. On November 10, 2021, Emory made its initial production of documents in response to Plaintiff's requests for production. Consistent with the discussion during their prior meet-and-confer call, Plaintiff's counsel proposed to review the initial production and follow-up with counsel for Emory on any additional documents needed in advance of Plaintiff's motion for class certification.

6. On November 29, 2021, the Parties filed a joint request for entry of an agreed scheduling order, which the Court granted on December 1, 2021. The governing scheduling order calls for the Parties to initially conduct discovery focused on class certification issues and to file their respective submissions concerning Plaintiff's anticipated motion for class certification; deferring any further discovery to occur following the Court's ruling on class certification. *See* ECF 62.

7. On February 3, 2022, Plaintiff issued notices to depose eight current and former Emory employees.

8. The Parties thereafter met and conferred on Plaintiff's requested depositions. In addition, on February 16, 2022, Plaintiff sent Emory's counsel a letter concerning Emory's document production to date and its responses and objections to Plaintiff's requests for production. The Parties met and conferred again on February 18, 2022, to discuss the requested depositions and Emory's production of documents, including by identifying the specific categories of documents Plaintiff sought to obtain in advance of filing its motion for class certification. Emory is now in the process of collecting certain categories of documents in response to Plaintiff's requests.

9. Given the additional documents that Emory expects to produce in response to Plaintiff's requests, and the Parties' interest in having such additional documents produced before proceeding to depositions in order to avoid unnecessarily inconveniencing the witnesses or the Parties, Plaintiff submits that it would be more efficient to briefly extend the schedule to allow for this discovery to take place before Plaintiff files its motion for class certification.

10. Accordingly, Plaintiff requests that the Court enter the attached amended scheduling order, which Plaintiff submits will allow this case to proceed efficiently and is the best way to preserve the Parties' and the Court's resources.

11. Plaintiff's counsel has conferred with counsel for Emory, who advised that Emory does not oppose this request.

12. For the foregoing reasons, Plaintiff respectfully requests that the Court enter an order adopting the Proposed Amended Scheduling Order, attached as Exhibit A to this motion.

Respectfully submitted this 4th day of March, 2022.

/s/Travis B. Martindale-Jarvis
Travis B. Martindale-Jarvis, Esq.
**FRANCIS MAILMAN SOUMILAS**
1600 Market Street, Suite 2510
T: (215) 735-8600
F: (215) 940-8000
E: tmartindale@consumerlawfirm.com

*Counsel for Plaintiff*

DATED: March 4, 2022

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record by filing it via the Court's ECF system this 4th day of March, 2022.

/s/*Travis B. Martindale-Jarvis*
Travis B. Martindale-Jarvis, Esq.
**FRANCIS MAILMAN SOUMILAS**
1600 Market Street, Suite 2510
T: (215) 735-8600
F: (215) 940-8000
E: tmartindale@consumerlawfirm.com

DATED: March 4, 2022