5

# EXHIBIT A

5

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARC SCHULTZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EMORY UNIVERSITY, <br><br> Defendant. | Case No. 1:20-cv-2002-TWT |

## [PROPOSED] AMENDED SCHEDULING ORDER

Upon consideration of Plaintiff's Consent Motion for Entry of an Amended Scheduling Order, and for good cause shown, it is hereby **ORDERED** that the following amended schedule shall apply to this case, subject to modification for good cause shown:

a. The deadline for Plaintiff to file a motion for class certification and to disclose any expert reports in support of same is June 21, 2022.

b. The deadline for substantial completion of document productions is August 17, 2022.

c. The deadline for Defendant to respond to Plaintiff's motion for class certification and to disclose any expert reports in support of such response is August 18, 2022.

1

d. The deadline for Plaintiff to file a reply in support of class certification and any expert rebuttal reports in support of same is September 20, 2022.

e. The deadline for the close of fact and expert discovery concerning Plaintiff's motion for class certification is October 18, 2022.

f. Following the Court's ruling on Plaintiff's motion for class certification, the Parties shall meet and confer and, within 30 days after that ruling, propose a schedule for any further discovery and other subsequent proceedings.

**IT IS SO ORDERED** this \_\_\_ day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE