UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARC SHULTZ, JANE DOE<br><br>        Plaintiff(s)<br><br>vs.<br><br>EMORY UNIVERSITY,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-02002-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for lack of jurisdiction.

Dated at Atlanta, Georgia, this 5th day of May, 2025.

                                                KEVIN P. WEIMER
                                              CLERK OF COURT

                                  By:   s/ J. Brown
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 5, 2025
Kevin P. Weimer
Clerk of Court

By:  s/ J. Brown
        Deputy Clerk